## Commonwealth *v.* Carter, Appellant.

Before DiBONA, J., without a jury. 

 Submitted March 28, 1974. *Burton Spear,* and *Spear and Johnsen,* for appellant; *David Richman, John H. Isom, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Cichowicz, Appellant.

 Before BERTOLET, J. 

Submitted September 11, 1975. *William F. Ochs, Jr.,* Assistant Public Defender, for appellant; *Grant E. Wesner,* Deputy District Attorney, and *Robert L. VanHoove,* District Attorney, for Commonwealth, appellee.

Order affirmed.